UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CHAPTER 13 PLAN

Debtor(s): James A. Campion and Michelle E. Campion          Case No: 9:15-bk-07731-FMD

**CHECK ONE:**

__X__ The Debtor* certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

1. **MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of sixty (60) months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

    A. $4,538.00 for months 1 through 6;
    B. $2,396.00 for months 7 through 60.

in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE**: $4,100.00   **TOTAL PAID**: $1,500.00

**Balance Due** $2,600.00 **Payable Through Plan** $500.00 **Monthly**
**Additional Attorney Mediation Fees**: $1,800.00   **Payable Through Plan** $500.00 **Monthly**

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]**:

**Name of Creditor**                                                              **Total Claim**
NONE_____

_____
_____

4. **TRUSTEE FEES**: Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS**:

---

* All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| NONE | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| PHH Mortgage Svc Center | 32 Fenway Lane, East Longmeadow, MA 01028 | $2,615.00 |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimate Amount |
|---|---|---|
| NONE | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

**Creditor        Collateral        Value        Payment Interest @_____%**

NONE

(E) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ ____% |
|---|---|---|---|---|
| NONE | | | | |

(F) **Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| Chrysler Financial/TD Auto | 2013 Jeep Wrangler | | $25,123.39 Total Secured Claim |
| Ford Motor Credit | 2014 Ford Fusion | | $29,606.97 Total Secured Claim |
| World Omni Financial | 2013 Toyota FJ Cruiser | | $33,469.84 Total Secured Claim |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

(H) **Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

(I) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Freedom Road Financial | 2011 Ducati 1198 SP |
| American Honda Finance | 2007 HPS Jet Ski |

## 6. LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| Laurie Almay | 2905 NW 13th Street, Cape Coral, FL 33993 | ASSUME | NONE |
| Taylor Foy | 32 Fenway Lane, East Longmeadow, MA 01028 | ASSUME | NONE |

## 7. GENERAL UNSECURED CREDITORS:
General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is based on a pro-rata basis.

## 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

　　(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

　　(2) ___X___ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:
The Debtors will pay their Student Loans directly outside of their Chapter 13 Plan.

/s/ James A. Campion          Dated: July 29th, 2015
James A. Campion

/s/ Michelle E. Campion       Dated: July 29th, 2015
Michelle E. Campion

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Chapter 13 Plan has been served electronically or by regular U.S. mail to US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206; the Debtors James A. Campion and Michelle E. Campion, PO Box 152045, Cape Coral, FL 33915; and to all creditors on the mailing matrix this 29th day of July, 2015.

MARTIN LAW FIRM, P.L.,
By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for Debtor*

```
Label Matrix for local noticing          United States Trustee - FTM7/13 7        AMCA
113A-9                                   Timberlake Annex, Suite 1200             2269 S. Saw Mill
Case 9:15-bk-07731-FMD                   501 E Polk Street                        Elmsford, NY 10523-3832
Middle District of Florida               Tampa, FL 33602-3949
Ft. Myers
Wed Jul 29 15:32:44 EDT 2015

AmeriPath                                America Honda Finance                    American Eagle GECRB
PO Box 830913                            National Bcy Center                      Attn: Bankruptcy
Birmingham, AL 35283-0913                PO Box 168088                            PO Box 103104
                                         Irving, TX 75016-8088                    Roswell, GA 30076-9104

American Express                         American Express                         (p)AMERICAN HONDA FINANCE
Customer Service                         PO Box 3001                              P O BOX 168088
PO Box 981535                            16 General Warren Blvd                   IRVING TX 75016-8088
El Paso, TX 79998-1535                   Malvern, PA 19355-1245

Applied Card Bank                        (p)BANK OF AMERICA                       Calvary Portfolio Services
Attention: Bankruptcy                    PO BOX 982238                            Att: Bankruptcy Dept
PO Box 17125                             EL PASO TX 79998-2238                    500 Summit Lake Dr.
Wilmington, DE 19850-7125                                                         Suite 400
                                                                                  Valhalla, NY 10595-1340

Calvary Portfolio Services               (p)LEE MEMORIAL HEALTH SYSTEM            Capital One
Bankruptcy Dept                          ATTN ANGELA TAYLOR                       P.O. Box 105131
500 Summit Lake Dr.                      224 SANTA BARBARA BLVD                   Atlanta, GA 30348-5131
Suite 400                                CAPE CORAL FL 33991-2038
Valhalla, NY 10595-1340

Capital One                              (p)CHRYSLER FINANCIAL                    Citibank
PO Box 30285                             27777 INKSTER RD                         Attn: Centralized Bcy
Salt Lake City, UT 84130-0285            FARMINGTON HILLS MI 48334-5326           PO Box 790040
                                                                                  Saint Louis, MO 63179-0040

Comcast                                  Comenity Bank/Ann Taylor                 Comenity Bank/Express
PO Box 413018                            Attention: Bankruptcy                    Attn: Bankruptcy
Naples, FL 34101                         PO Box 182686                            P.O. Box 182686
                                         Columbus, OH 43218-2686                  Columbus, OH 43218-2686

Comenity Bank/vctrssec                   Credit Management LP                     Department of Revenue
Po Box 182789                            4200 Internatinal Pkwy                   PO Box 6668
Columbus, OH 43218-2789                  Carrollton, TX 75007-1912                Tallahassee, FL 32314-6668

Department of the Trsury                 (p)DISCOVER FINANCIAL SERVICES LLC       Discover Fin Svcs LLC
Internal Revenue Service                 PO BOX 3025                              PO Box 15316
Philadelphia, PA 19154                   NEW ALBANY OH 43054-3025                 Wilmington, DE 19850-5316

(p)CITIBANK                              Exxon Mobil                              (p)FORD MOTOR CREDIT COMPANY
PO BOX 790034                            PO Box 6404                              P O BOX 62180
ST LOUIS MO 63179-0034                   Sioux Falls, SD 57117-6404               COLORADO SPRINGS CO 80962-2180
```

| | | |
|---|---|---|
| Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 | GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Gap<br>Attn Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 |
| Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 | Laurie Almay<br>1907 SE 29th Lane<br>Cape Coral, FL 33904-4067 | Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Mortgage Service Center<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 | PHH Mortgage Corporation<br>c/o Korde & Associates<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 | Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4355 |
| Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 | Southern Technical College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 | Synchrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 |
| TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Taylor Foy<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 |

Td Auto Finance  
27777 Franklin Rd  
Farmington Hills, MI 48334

Td Bank Usa/targetcred  
Po Box 673  
Minneapolis, MN 55440-0673

Us Dept Of Ed/glelsi  
Po Box 7860  
Madison, WI 53707-7860

Weisfield Jewelers  
Sterling Jewelers, Inc  
Attn Bankruptcy  
PO Box 1799  
Akron, OH 44309-1799

World Omni Financial  
PO Box 91614  
Mobile, AL 36691-1614

World Omni Financial  
c/o James B. Flanigan, Esq  
110 SE 6th Street  
Fort Lauderdale, FL 33301-5000

Eviana J. Martin  
Martin Law Firm PL  
3701 Del Prado Blvd.  
Cape Coral, FL 33904-7171

James Allen Campion  
PO Box 152045  
Cape Coral, FL 33915-2045

Jon Waage  
P O Box 25001  
Bradenton, FL 34206-5001

Michelle Elizabeth Campion  
PO Box 152045  
Cape Coral, FL 33915-2045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance  
1220 Old Alpharetta Road  
Alpharetta, GA 30005

Bk Of Amer  
Po Box 982235  
El Paso, TX 79998

Cape Coral Hospital  
PO Box 150107  
Cape Coral, FL 33915

Chrysler Financial  
TD Auto Finance  
attn: Bankruptcy  
PO Box 551080  
Jacksonville, FL 32255

Discover Card  
PO Box 30943  
Salt Lake City, UT 84130

Exxmblciti  
Attn.: Centralized Bcy  
Po Box 20507  
Kansas City, MO 64195

Ford Motor Credit  
Attn: Bankruptcy  
PO Box 6275  
Dearborn, MI 48121

Internal Revenue Service  
5045 E Butler Ave.  
Fresno, CA 93888

Portfolio Rc  
120 Corporate Blvd Ste 1  
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Calvary Portfolio Services  
Att: Bankruptcy Department  
500 Summit Lake Dr.  
Suite 400  
Valhalla, NY 10595-1340

(d)Calvary Portfolio Services  
Att: Bankruptcy Dept  
500 Summit Lake Dr.  
Suite 400  
Valhalla, NY 10595-1340

(u)Liberty Mutual  
c/o Credit Collections Svcs  
Two Wells Avenue  
NH 03459

End of Label Matrix  
Mailable recipients    69  
Bypassed recipients     3  
Total                  72