United States Bankruptcy Court
Middle District of Florida
Fort Myers Division

In Re:

James A. Campion

and

Michelle E. Campion

  Debtor(s)

_____/

Case No. 9:15-bk-07731-FMD

Chapter 13

### DEBTORS' MOTION FOR CONTINUATION OF AUTOMATIC STAY AND FOR ATTORNEY'S FEES AND EXPENSES

COME NOW, the Debtors, James A. Campion and Michelle E. Campion, by and through the undersigned attorney, and move this Honorable Court, pursuant to section 362(c)(3)(B), for an Order Continuing the Automatic Stay provided under section 362(a) as to all creditors. In support of this motion, the Debtors state as follows:

1. The Debtors filed a petition under Chapter 13 of the Bankruptcy Code on July 27, 2015.

2. The Debtors had previously filed for bankruptcy protection on December 7, 2014.

3. The Debtors' prior bankruptcy case, which was dismissed on March 13, 2015, was the only previous case by the Debtors that was pending during the preceding year.

4. The prior bankruptcy case was not dismissed at a time when there had been a motion for relief that was pending before the court.

5. The Debtors experienced unexpected expenses which caused them to fall behind on their Chapter 13 Plan payments. Their circumstances have changed as their wages have increased and they are now receiving rental income on their real property. The Debtors reasonably believe that they

can now afford the real property, and will be seeking a mortgage modification through this Court.

6. The petition in this case has been filed in good faith. The Debtors believe that their Chapter 13 plan will be confirmed and that they will be able to fully perform under the terms of the plan.

7. Debtors' attorney asks to be awarded attorney's fees as an administrative expense as a result of filing this motion in the amount of $300.00 if no hearing is set on this Motion or $400.00 if the hearing is required. The additional costs and expenses associated with service and mailing of this Motion, Notice of Hearing and Order are expected to be $166.83.

WHEREFORE, the Debtors request that this Court continue the automatic stay under section 362(a) as to all creditors for the duration of this Chapter 13 proceeding.

Date: August 3rd, 2015.

MARTIN LAW FIRM, P.L.,

By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3rd, 2015 a copy of the foregoing document has been furnished either electronically or by U.S. Mail to the U.S. Trustee at 501 East Polk Street, Suite 1200, Tampa, Florida 33602; Jon Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206, the Debtors James & Michelle Campion, PO box 152045, Cape Coral, FL 33915; and all entities on the attached matrix via first class mail.

MARTIN LAW FIRM, P.L.,

By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:15-bk-07731-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Aug  3 12:32:41 EDT 2015 | TD Auto Finance LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 | United States Trustee - FTM7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| AMCA<br>2269 S. Saw Mill<br>Elmsford, NY 10523-3832 | AmeriPath<br>PO Box 830913<br>Birmingham, AL 35283-0913 | America Honda Finance<br>National Bcy Center<br>PO Box 168088<br>Irving, TX 75016-8088 |
| American Eagle GECRB<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Applied Card Bank<br>Attention: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850-7125 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Calvary Portfolio Services<br>Att: Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | Calvary Portfolio Services<br>Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (p)LEE MEMORIAL HEALTH SYSTEM<br>ATTN ANGELA TAYLOR<br>224 SANTA BARBARA BLVD<br>CAPE CORAL FL 33991-2038 |
| Capital One<br>P.O. Box 105131<br>Atlanta, GA 30348-5131 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| Citibank<br>Attn: Centralized Bcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Comcast<br>PO Box 413018<br>Naples, FL 34101 | Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>PO Box 182686<br>Columbus, OH 43218-2686 |
| Comenity Bank/Express<br>Attn: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit Management LP<br>4200 Internatinal Pkwy<br>Carrollton, TX 75007-1912 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Department of the Trsury<br>Internal Revenue Service<br>Philadelphia, PA 19154 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Exxon Mobil<br>PO Box 6404<br>Sioux Falls, SD 57117-6404 |

| | | |
|---|---|---|
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Gap<br>Attn Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 | Laurie Almay<br>1907 SE 29th Lane<br>Cape Coral, FL 33904-4067 |
| Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Mortgage Service Center<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 |
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 | PHH Mortgage Corporation<br>c/o Korde & Associates<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 |
| Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4355 | Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 | Southern Technical College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 |
| Synchrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 | TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 | TD Auto Finance<br>PO Box 16041<br>Lewiston, ME 04243-9523 |

| | | |
|---|---|---|
| Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Taylor Foy<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 | Td Auto Finance<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Weisfield Jewelers<br>Sterling Jewelers, Inc<br>Attn Bankruptcy<br>PO Box 1799<br>Akron, OH 44309-1799 |
| World Omni Financial<br>PO Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial<br>c/o James B. Flanigan, Esq<br>110 SE 6th Street<br>Fort Lauderdale, FL 33301-5000 | Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 |
| James Allen Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Michelle Elizabeth Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Cape Coral Hospital<br>PO Box 150107<br>Cape Coral, FL 33915 |
| Chrysler Financial<br>TD Auto Finance<br>attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255 | Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 | Exxmblciti<br>Attn.: Centralized Bcy<br>Po Box 20507<br>Kansas City, MO 64195 |
| Ford Motor Credit<br>Attn: Bankruptcy<br>PO Box 6275<br>Dearborn, MI 48121 | Internal Revenue Service<br>5045 E Butler Ave.<br>Fresno, CA 93888 | Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Calvary Portfolio Services<br>Att: Bankruptcy Department<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (d)Calvary Portfolio Services<br>Att: Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (u)Liberty Mutual<br>c/o Credit Collections Svcs<br>Two Wells Avenue<br>NH 03459 |

End of Label Matrix  
Mailable recipients    71  
Bypassed recipients     3  
Total                  74