**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT MYERS DIVISION**

In Re:
 JAMES ALLEN CAMPION                        CHAPTER    13
 MICHELLE ELIZABETH CAMPION                 CASE NO.   9:15-bk-07731-FMD

     Debtors.
 _____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED BY TD AUTO FINANCE LLC

Creditor, TD Auto Finance LLC ("TDAF"), by its undersigned attorneys, hereby moves this Court for entry of a Final Order denying confirmation of debtors' Chapter 13 Plan as presently proposed, and in support thereof would show:

1. Debtors filed the original petition under Chapter 13 of the Bankruptcy Code. That all parties in interest including the debtors, debtors' attorney and the Trustee are being served with copies of the Objection.

2. For value received, debtors executed and delivered a retail installment sale contract dated November 23, 2012, as evidence of an indebtedness to TDAF.

3. Said indebtedness is secured by property more particularly described in the parties' agreement as a **2013 JEEP WRANGLER, VIN: 1C4AJWAG1DL523774**.

4. TDAF is the present owner and holder for value and holds a perfected lien on the collateral.

5. TDAF is owed $25,899.68 on the retail contract as of the date of the petition.

6. The Debtor's Chapter 13 Plan provides for a secured claim amount of $25,123.39 to be paid at an unspecified interest rate over the life of the Chapter 13 Plan.

7. As of the date of filing of this bankruptcy case, the retail value of the vehicle was $25,000.00.

8. Pursuant to the United States Supreme Court's decision in Till v. SCS Credit Corp., 124 S. Ct. 1951 (2004), TDAF's claim should be secured for $25,000.00 with interest of at least 5.25% (prime rate at time of filing plus 2%).

9. Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. Section 1325(a)(1) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. Section 361.

WHEREFORE, creditor demands that a final order be entered and;

a. That confirmation of the debtors' Chapter 13 Plan, as presently proposed, be denied.

b. That TDAF be granted a value of $25,000.00 for the vehicle in debtors' Chapter 13 Plan, and therefore, its claim to be secured for $25,000.00 and paid at 5.25% interest.

c. The Court grant such other and further relief as shall deem to be proper.

/s/Bertis Echols
Bertis Echols
Florida Bar Number 0063387
Attorneys for the Creditor TD Auto Finance LLC
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120-4036
(901) 525-6781
(901) 248-6854 (fax)
bechols@evanspetree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Objection to Confirmation was furnished by electronic or First Class U.S. Mail postage prepaid to Debtors, James Allen Campion and Michelle Elizabeth Campion, PO Box 152045, Cape Coral, FL 33915; Attorney for Debtors, Eviana J. Martin, 3701 Del Prado Blvd., Cape Coral, FL 33904; Trustee, Jon Waage, P.O. Box 25001, Bradenton, FL 34206-5001; United States Trustee - FTM7, Timberlake Annex, Suite 1200 501 E Polk Street, Tampa, FL 33602, on this 5th day of August, 2015.

/s/Bertis Echols
Bertis Echols, Esquire
Florida Bar Number 0063387