ORDERED.

**Dated:  August 21, 2015**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

James Allen Campion                    Case No. 9:15-bk-07731-FMD
Michelle Elizabeth Campion             Chapter 13
          Debtor*.

_____/

**ORDER**

THIS CASE came before the Court on the Motion to Extend Automatic Stay (Doc. # 13)

filed by the Debtor.  For the reasons stated on the record, the motion is:

_____  Denied

_____✓_____  Granted as to:

_____  A.    _____.

_____✓_____  B.    All creditors

_____  C.    All creditors except_____.

The Court at its discretion may file written findings and conclusions at a later date.

cc:  Attorney for Debtor is directed to serve a copy of this order on interested parties
and file a proof of service within 3 days of entry of the order.

\* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by
two individuals.