# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
# CHAPTER 13 PLAN

Debtor(s): James A. Campion and Michelle E. Campion          Case No: 9:15-bk-07731-FMD
Amended Chapter 13 Plan

**CHECK ONE:**

__X__   The Debtor* certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____   The Plan contains provisions that are specific to this Plan in <u>Additional Provisions, paragraph 8(e) below</u>. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

1. **MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of sixty (60) months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

   A. $2,320.00 for months 1 through 60;

in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE**: $4,100.00   **TOTAL PAID:** $1,500.00

**Balance Due** $2,600.00 **Payable Through Plan** $500.00 **Monthly**

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]**:

| Name of Creditor | Total Claim |
|---|---|
| NONE | |

4. **TRUSTEE FEES**: Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS**:

---
* All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| **Name of Creditor** | **Collateral** | **Regular Monthly Pmt.** | **Arrearages (if any)** |
|---|---|---|---|
| NONE | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| **Name of Creditor** | **Collateral** | **Payment Amt (at 31%)** |
|---|---|---|
| NONE | | |

**(C) Liens to be Avoided/Stripped:**

| **Name of Creditor** | **Collateral** | **Estimate Amount** |
|---|---|---|
| NONE | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment Interest @ _____% |
|---|---|---|---|
| NONE | | | |

(E) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ ____% |
|---|---|---|---|---|
| NONE | | | | |

(F) **Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| Chrysler Financial/TD Auto | 2013 Jeep Wrangler | $25,123.39 Total Secured Claim | |
| Ford Motor Credit | 2014 Ford Fusion | $29,606.97 Total Secured Claim | |
| World Omni Financial | 2013 Toyota FJ Cruiser | $33,469.84 Total Secured Claim | |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| PHH Mortgage Svc Center | 32 Fenway Lane, East Longmeadow, MA 01028 |

(H) **Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

**(I) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Freedom Road Financial | 2011 Ducati 1198 SP |
| American Honda Finance | 2007 HPS Jet Ski |

## 6. LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| Laurie Almay | 2905 NW 13th Street, Cape Coral, FL 33993 | ASSUME | NONE |
| Taylor Foy | 32 Fenway Lane, East Longmeadow, MA 01028 | ASSUME | NONE |

**7. GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is based on a pro-rata basis.

## 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) ___X___ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:
The Debtors will pay their Student Loans directly outside of their Chapter 13 Plan.

_____  Dated: 8/28/15
James A. Campion

_____  Dated: 8/28/15
Michelle E. Campion

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Chapter 13 Plan has been served electronically or by regular U.S. mail to US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206; the Debtors James A. Campion and Michelle E. Campion, PO Box 152045, Cape Coral, FL 33915; and to all creditors on the mailing matrix this 28th day of August, 2015.

> MARTIN LAW FIRM, P.L.,
> By /s/ Eviana J. Martin
>   Eviana J. Martin
>   Florida Bar Number 36198
>
>   3701 Del Prado Boulevard S.
>   Cape Coral, Florida 33904
>   (239) 443-1094 (Telephone)
>   (239) 443-1168 (Facsimile)
>   eviana.martin@martinlawfirm.com
>
>   *Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:15-bk-07731-FMD<br>Middle District of Florida<br>Ft. Myers<br>Fri Aug 28 17:41:03 EDT 2015 | TD Auto Finance LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 | United States Trustee - FTM7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| AMCA<br>2269 S. Saw Mill<br>Elmsford, NY 10523-3832 | AmeriPath<br>PO Box 830913<br>Birmingham, AL 35283-0913 | America Honda Finance<br>National Bcy Center<br>PO Box 168088<br>Irving, TX 75016-8088 |
| American Eagle GECRB<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Applied Card Bank<br>Attention: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850-7125 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Calvary Portfolio Services<br>Att: Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | Calvary Portfolio Services<br>Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (p)LEE MEMORIAL HEALTH SYSTEM<br>ATTN ANGELA TAYLOR<br>224 SANTA BARBARA BLVD<br>CAPE CORAL FL 33991-2038 |
| Capital One<br>P.O. Box 105131<br>Atlanta, GA 30348-5131 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| Citibank<br>Attn: Centralized Bcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Comcast<br>PO Box 413018<br>Naples, FL 34101 | Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>PO Box 182686<br>Columbus, OH 43218-2686 |
| Comenity Bank/Express<br>Attn: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Department of the Trsury<br>Internal Revenue Service<br>Philadelphia, PA 19154 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |

| | | |
|---|---|---|
| Exxon Mobil<br>PO Box 6404<br>Sioux Falls, SD 57117-6404 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 |
| GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 | GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Gap<br>Attn Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 |
| Laurie Almay<br>1907 SE 29th Lane<br>Cape Coral, FL 33904-4067 | Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 9564<br>Boston, MA 02114-9564 | Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Mortgage Service Center<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 |
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 | Navient Solutions. on behalf of<br>Florida Department of Education<br>Office of Student Financial Assistance<br>(OSFA)<br>325 West Gaines Street, Suite 1314<br>Tallahassee, FL 32399-6533 |
| PHH Mortgage Corporation<br>Steven G. Powrozek<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd. Suite 100<br>Tampa, FL 33614-2429 | PHH Mortgage Corporation<br>c/o Korde & Associates<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 | Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4355 | Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 |
| Southern Technical College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 | Synchrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 | TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 |
| TD Auto Finance<br>PO Box 16041<br>Lewiston, ME 04243-9523 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Taylor Foy<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 |
| Td Auto Finance<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Weisfield Jewelers<br>Sterling Jewelers, Inc<br>Attn Bankruptcy<br>PO Box 1799<br>Akron, OH 44309-1799 | World Omni Financial<br>PO Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial<br>c/o James B. Flanigan, Esq<br>110 SE 6th Street<br>Fort Lauderdale, FL 33301-5000 |
| Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 | James Allen Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Michelle Elizabeth Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Cape Coral Hospital<br>PO Box 150107<br>Cape Coral, FL 33915 | Chrysler Financial<br>TD Auto Finance<br>attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255 | Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 |

| | | |
|---|---|---|
| Exxmblciti<br>Attn.: Centralized Bcy<br>Po Box 20507<br>Kansas City, MO 64195 | Ford Motor Credit<br>Attn: Bankruptcy<br>PO Box 6275<br>Dearborn, MI 48121 | (d)Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit Mi, 48255-0953 |
| Internal Revenue Service<br>5045 E Butler Ave.<br>Fresno, CA 93888 | Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PHH Mortgage Corporation | (d)Calvary Portfolio Services<br>Att: Bankruptcy Department<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (d)Calvary Portfolio Services<br>Att: Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 |
| (u)Liberty Mutual<br>c/o Credit Collections Svcs<br>Two Wells Avenue<br>NH 03459 | End of Label Matrix<br>Mailable recipients   78<br>Bypassed recipients    4<br>Total                 82 | |