**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

James A. Campion                                              Case No.: 9:15-bk-07731-FMD

and                                                                       Chapter 13

Michelle E. Campion

    Debtor(s).

_____/

**DEBTORS' MOTION FOR RECONSIDERATION OF ORDER DISMISSING**
**CHAPTER 13 CASE AND FOR ATTORNEY'S FEES AND EXPENSES**

**COME NOW**, James A. Campion and Michelle E. Campion (the "Debtors"), by and through the undersigned counsel, and hereby file this Motion for Reconsideration of Order Dismissing Chapter 13 Case.  As grounds therefore Debtors allege:

1.    The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on July 28, 2015.

2.    The Debtors confirmation hearing was scheduled for April 14, 2016.

3.    The Debtors fell behind on their monthly payments pursuant to the Chapter 13 Plan and the Trustee has filed a Motion to Dismiss for Failure to Make Plan Payments to Trustee (Doc. No. 34).

4.    On December 10, 2015 the Court entered an Order Reserving Ruling on Trustee's Motion to Dismiss (Doc No. 35).

5.    On April 6, 2016, the Court issued an Order Dismissing Confirmed Chapter 13 Case (Doc. No. 40).

6.    The Debtors reasonably believed they were in compliance with the Order Reserving Ruling on Trustee's Motion to Dismiss.  The Debtors recently made a payment and believed that they will be caught up with any remaining payments by the end of May 2016.

7    The Debtors are gainfully employed and believe that they can successfully continue

making the Plan payments. The Debtors are asking the Court to reinstate the instant Chapter 13 case.

8.     The Debtors' attorney asks to be awarded attorney's fees as an administrative expense as a result of filing this motion in the amount of $300.00 if no hearing is set on this Motion or $400.00 if the hearing is required. The additional costs and expenses associated with service and mailing of this Motion, Notice of Hearing and Order are expected to be $82.17.

WHEREFORE, Debtors respectfully request that the Court enter an order: (a) granting Debtors' Motion for Reconsideration of Order Dismissing Chapter 13 Case and for Attorney's Fees and Expenses; (b) reinstating the instant Chapter 13 case; (c) granting such other and further relief as the Court deems appropriate.

Respectfully submitted on April 14, 2016.

        MARTIN LAW FIRM, P.L.,
       By /s/ Eviana J. Martin
          Eviana J. Martin
          Florida Bar Number 36198

        3701 Del Prado Boulevard S.
        Cape Coral, Florida 33904
        (239) 443-1094 (Telephone)
        (239) 443-1168 (Facsimile)
        eviana.martin@martinlawfirm.com

        *Attorneys for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2016, a true and correct copy of the foregoing Debtors' Motion for Reconsideration of Order Dismissing Chapter 13 Case and for Attorney's Fees have been furnished **electronically** to:

U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602;
Jon Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206;

**Via regular First Class U.S. Mail to**:
James & Michelle Campion, PO Box 152045, Cape Coral, FL 33915; and all interested creditors on the attached mailing matrix.

MARTIN LAW FIRM, P.L.,
By /s/ Eviana J. Martin
Eviana J. Martin
Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for the Debtors*

```
Label Matrix for local noticing          TD Auto Finance LLC                    United States Trustee - FTM7/13 7
113A-9                                    1000 Ridgeway Loop Rd, Suite 200       Timberlake Annex, Suite 1200
Case 9:15-bk-07731-FMD                    Memphis, TN 38120-4036                 501 E Polk Street
Middle District of Florida                                                       Tampa, FL 33602-3949
Ft. Myers
Thu Apr 14 10:52:12 EDT 2016

World Omni                                AMCA                                   AmeriPath
Tripp Scott P.A.                          2269 S. Saw Mill                       PO Box 830913
James B Flanigan, Esq                     Elmsford, NY 10523-3832                Birmingham, AL 35283-0913
c/o 110 SE 6 St, 15 Floor
Fort Lauderdale, FL 33301-5004

America Honda Finance                     American Eagle GECRB                   American Express
National Bcy Center                        Attn: Bankruptcy                       Customer Service
PO Box 168088                              PO Box 103104                          PO Box 981535
Irving, TX 75016-8088                      Roswell, GA 30076-9104                 El Paso, TX 79998-1535

American Express                           American Express Centurion Bank        (p)AMERICAN HONDA FINANCE
PO Box 3001                                c o Becket and Lee LLP                 P O BOX 168088
16 General Warren Blvd                     POB 3001                               IRVING TX 75016-8088
Malvern, PA 19355-1245                     Malvern, PA 19355-0701

Applied Card Bank                          Bank of America, N.A.                  (p)BANK OF AMERICA
Attention: Bankruptcy                      P O Box 982284                         PO BOX 982238
PO Box 17125                               El Paso, TX 79998-2284                 EL PASO TX 79998-2238
Wilmington, DE 19850-7125

Calvary Portfolio Services                 Calvary Portfolio Services             (p)LEE MEMORIAL HEALTH SYSTEM
Att:  Bankruptcy Dept                      Bankruptcy Dept                        ATTN ANGELA TAYLOR
500 Summit Lake Dr.                        500 Summit Lake Dr.                    224 SANTA BARBARA BLVD
Suite 400                                  Suite 400                              CAPE CORAL FL 33991-2038
Valhalla, NY 10595-1340                    Valhalla, NY 10595-1340

Capital One                                Capital One                            Capital One, N.A.
P.O. Box 105131                            PO Box 30285                           c o Becket and Lee LLP
Atlanta, GA 30348-5131                     Salt Lake City, UT 84130-0285          POB 3001
                                                                                  Malvern, PA 19355-0701

Cavalry SPV I, LLC                         Cavalry Spv I, LLC                     (p)CHRYSLER FINANCIAL
500 Summit Lake Drive, Ste 400             Bass & Associates, P.C.                27777 INKSTER RD
Valhalla, NY 10595-1340                    3936 E. Ft. Lowell Road, Suite #200    FARMINGTON HILLS MI 48334-5326
                                           Tucson, AZ 85712-1083

Citibank                                   Comcast                                Comenity Bank/Ann Taylor
Attn: Centralized Bcy                      PO Box 413018                          Attention: Bankruptcy
PO Box 790040                              Naples, FL 34101                       PO Box 182686
Saint Louis, MO 63179-0040                                                        Columbus, OH 43218-2686

Comenity Bank/Express                      Comenity Bank/vctrssec                 Credit Management LP
Attn: Bankruptcy                           Po Box 182789                          4200 Internatinal Pkwy
P.O. Box 182686                            Columbus, OH 43218-2789                Carrollton, TX 75007-1912
Columbus, OH 43218-2686
```

| | | |
|---|---|---|
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Department of the Trsury<br>Internal Revenue Service<br>Philadelphia, PA 19154 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Exxon Mobil<br>PO Box 6404<br>Sioux Falls, SD 57117-6404 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 |
| FreedomRoad Financial c/o Capital Recovery G<br>BIN 920016<br>PO Box 29426<br>Phoenix, AZ 85038-9426 | GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 | GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Gap<br>Attn Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 | Laurie Almay<br>1907 SE 29th Lane<br>Cape Coral, FL 33904-4067 |
| Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 9564<br>Boston, MA 02114-9564 | Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Mortgage Service Center<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions. on behalf of<br>Florida Department of Education<br>Office of Student Financial Assistance<br>(OSFA)<br>325 West Gaines Street, Suite 1314<br>Tallahassee, FL 32399-6533 |
| PHH Mortgage Corporation<br>One Mortgage Way<br>Mail Stop SBRP<br>Mount Laurel, NJ 08054-4637 | PHH Mortgage Corporation<br>Steven G. Powrozek<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd. Suite 100<br>Tampa, FL 33614-2429 | PHH Mortgage Corporation<br>c/o Korde & Associates<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 |
| Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4322 | Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 | Southern Technical College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 |
| Synchrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 |
| TD Auto Finance<br>PO Box 16041<br>Lewiston, ME 04243-9523 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Taylor Foy<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 |
| Td Auto Finance<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |
| Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Weisfield Jewelers<br>Sterling Jewelers, Inc<br>Attn Bankruptcy<br>PO Box 1799<br>Akron, OH 44309-1799 | World Omni Financial<br>PO Box 91614<br>Mobile, AL 36691-1614 |
| World Omni Financial<br>c/o James B. Flanigan, Esq<br>110 SE 6th Street<br>Fort Lauderdale, FL 33301-5000 | World Omni Financial Corp.<br>c/o Christina V. Paradowski, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | eCAST Settlement Corporation, assignee<br>of Citibank, N.A.<br>POB 29262<br>New York, NY 10087-9262 |

| | | |
|---|---|---|
| Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 | James Allen Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Michelle Elizabeth Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Cape Coral Hospital<br>PO Box 150107<br>Cape Coral, FL 33915 | Chrysler Financial<br>TD Auto Finance<br>attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255 | Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 |
| Exxmblciti<br>Attn.: Centralized  Bcy<br>Po Box 20507<br>Kansas City, MO 64195 | Ford Motor Credit<br>Attn: Bankruptcy<br>PO Box 6275<br>Dearborn, MI 48121 | (d)Ford Motor Credit Company LLC<br>Dept  55953<br>P O Box 55000<br>Detroit  Mi, 48255-0953 |
| Internal Revenue Service<br>5045 E Butler Ave.<br>Fresno, CA 93888 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Honda Finance Corp.<br>Kent D. McPhail | (u)PHH Mortgage Corporation | (d)Calvary Portfolio Services<br>Att: Bankruptcy Department<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 |

| | | |
|---|---|---|
| (d)Calvary Portfolio Services<br>Att: Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | (u)Liberty Mutual<br>c/o Credit Collections Svcs<br>Two Wells Avenue<br>NH 03459 | End of Label Matrix<br>Mailable recipients   93<br>Bypassed recipients    5<br>Total                 98 |