

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/12/2016 02:15 PM

COURTROOM Room 4-117

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:15-bk-07731-FMD | 13 | 07/28/2015 |

**Chapter 13**

**DEBTOR:**  James Campion

Michelle Campion

**DEBTOR ATTY:**  Jonathan Bierfeld

**TRUSTEE:**  Jon Waage

**HEARING:**

Motion for Reconsideration of Dismissal Filed by Eviana J. Martin on behalf of Debtor James Allen Campion, Joint Debtor Michelle Elizabeth Campion (related document(s)[40]). (Martin, Eviana) Doc #42

**APPEARANCES:**: Kimberly McIntyre, Jonathan Bierfeld

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion for Reconsideration of Dismissal Filed by Eviana J. Martin on behalf of Debtor James Allen Campion, Joint Debtor Michelle Elizabeth Campion (related document(s)[40]). (Martin, Eviana) Doc #42 - Granted, Vacate and Reinstate plus fees and costs, reset confirmation for 7/14/2016 at 1:35 pm o/Trustee debtor to serve
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.