**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Debtor(s): James A. Campion and Michelle E. Campion     Case No: 9:15-bk-07731-FMD
AMENDED CHAPTER 13 PLAN

CHECK ONE:

__X___ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, <u>Nonconforming</u> <u>Provisions.</u> Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.      MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)** $2,320.00 for months 1 through 9;
**(B)** $1,500.00 for months 10 through 60;

To pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $4,100.00 Total Paid Prepetition $1,500.00      Balance Due $2,600.00**

**Estimated Additional Fees Subject to Court Approval $0.00**

**Attorney's Fees Payable through Plan $500.00 Monthly (subject to adjustment)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| xx7986 | Internal Revenue Service | $2,156.75 |
| xx7986 | Massachusetts Dept. of Revenue | $2,201.41 |

**4. TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| NONE | | | | | |

    **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for homestead property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for non-homestead, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|

NONE_____
_____
_____

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

**Last 4 Digits Creditor       Collateral      Claim Amt. Value    Pmt. Interest @___%**
**of Acct No.                  Desc./Address**
NONE_____
_____
_____

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. Pmt. | Interest @ ____ % |
|---|---|---|---|---|
| xx8830 | TD Auto Finance | 2013 Jeep Wrangler | $25,899.68 | 5.25% |
| xx1780 | Ford Motor Credit Co., LLC | 2014 Ford Fusion | $31,576.14 | 5.25% |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

**Last 4 Digits  Creditor     Collateral Regular Payment              Arrearages**
**of Acct No.                 Description**
NONE_____
_____
_____

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated in rem as to Debtor and in rem and in

personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| xx7383 | PHH Mortgage Center | 32 Fenway Lane, East Longmeadow, MA 01028 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| NONE | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| xx9925 | Freedom Road Financial | 2011 Ducati 1198 SP |
| xx8921 | American Honda Finance | 2007 HPS Jet |
| xx5973 | World Omni Financial | 2013 Toyota Cruiser |

**6. LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | Laurie Almay | 2905 NW 13th Street, Cape Coral, FL 33993 | | NONE |

|   |   |   |
|---|---|---|
|   | ASSUME | |
| Taylor Foy | 32 Fenway Lane, East Longmeadow, MA 01028 | NONE |
|   | ASSUME | |

**7.     GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than pro-rata distribution.

**8.     ADDITIONAL PROVISIONS:**

(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal
   of this case, unless the Court orders otherwise; or

(2) ___X___ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)     The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E)     The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

    (F)    Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. Debtor shall spend no tax refunds without prior court approval.

**9.     NONCONFORMING PROVISIONS:**
NONE_____
_____
_____


/s/ James A. Campion                                             Dated: May 25th, 2016
James A. Campion



/s/ Michelle E. Campion                                          Dated: May 25th, 2016
Michelle E. Campion

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the Chapter 13 Plan has been served electronically or by regular U.S. mail to US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206; the Debtors James A. Campion and Michelle E. Campion, PO Box 152045, Cape Coral, FL 33915; and to all interest creditors on the mailing matrix this 26th day of May, 2016.

MARTIN LAW FIRM, P.L.,
By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:15-bk-07731-FMD<br>Middle District of Florida<br>Ft. Myers<br>Fri May 27 17:24:08 EDT 2016 | Ford Motor Credit Company, LLC<br>c/o Brad W. Hissing<br>PO Box 800<br>Tampa, FL 33601-0800 | TD Auto Finance LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 |
| United States Trustee - FTM7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | World Omni<br>Tripp Scott P.A.<br>James B Flanigan, Esq<br>c/o 110 SE 6 St, 15 Floor<br>Fort Lauderdale, FL 33301-5004 | AMCA<br>2269 S. Saw Mill<br>Elmsford, NY 10523-3832 |
| AmeriPath<br>PO Box 830913<br>Birmingham, AL 35283-0913 | America Honda Finance<br>National Bcy Center<br>PO Box 168088<br>Irving, TX 75016-8088 | American Eagle GECRB<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Applied Card Bank<br>Attention: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Calvary Portfolio Services<br>Att:  Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | Calvary Portfolio Services<br>Bankruptcy Dept<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 |
| (p)LEE MEMORIAL HEALTH SYSTEM<br>ATTN ANGELA TAYLOR<br>224 SANTA BARBARA BLVD<br>CAPE CORAL FL 33991-2038 | Capital One<br>P.O. Box 105131<br>Atlanta, GA 30348-5131 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citibank<br>Attn: Centralized Bcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Comcast<br>PO Box 413018<br>Naples, FL 34101 |
| Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>PO Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/Express<br>Attn: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 |

| | | |
|---|---|---|
| Credit Management LP<br>4200 Internatinal Pkwy<br>Carrollton, TX 75007-1912 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Department of the Trsury<br>Internal Revenue Service<br>Philadelphia, PA 19154 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Exxon Mobil<br>PO Box 6404<br>Sioux Falls, SD 57117-6404 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | FreedomRoad Financial c/o Capital Recovery G<br>BIN 920016<br>PO Box 29426<br>Phoenix, AZ 85038-9426 | GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Gap<br>Attn Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 |
| Laurie Almay<br>1907 SE 29th Lane<br>Cape Coral, FL 33904-4067 | Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 9564<br>Boston, MA 02114-9564 | Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Mortgage Service Center<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 |

| | | |
|---|---|---|
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| Navient Solutions. on behalf of<br>Florida Department of Education<br>Office of Student Financial Assistance<br>(OSFA)<br>325 West Gaines Street, Suite 1314<br>Tallahassee, FL 32399-6533 | PHH Mortgage Corporation<br>One Mortgage Way<br>Mail Stop SBRP<br>Mount Laurel, NJ 08054-4637 | PHH Mortgage Corporation<br>Steven G. Powrozek<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd. Suite 100<br>Tampa, FL 33614-2429 |
| PHH Mortgage Corporation<br>c/o Korde & Associates<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 | Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4322 | Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 |
| Southern Technical College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 | Synchrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 | TD Auto Finance<br>PO Box 16041<br>Lewiston, ME 04243-9523 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| Taylor Foy<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 | Td Auto Finance<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Weisfield Jewelers<br>Sterling Jewelers, Inc<br>Attn Bankruptcy<br>PO Box 1799<br>Akron, OH 44309-1799 |
| World Omni Financial<br>PO Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial<br>c/o James B. Flanigan, Esq<br>110 SE 6th Street<br>Fort Lauderdale, FL 33301-5000 | World Omni Financial Corp.<br>c/o Christina V. Paradowski, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |

| | | |
|---|---|---|
| eCAST Settlement Corporation, assignee<br>of Citibank, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 | James Allen Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Jonathan M Bierfeld<br>Martin Law Firm PL<br>3701 Del Prado Boulevard<br>Cape Coral, FL 33904-7171 | Michelle Elizabeth Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Cape Coral Hospital<br>PO Box 150107<br>Cape Coral, FL 33915 | Chrysler Financial<br>TD Auto Finance<br>attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255 | Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 |
| Exxmblciti<br>Attn.: Centralized  Bcy<br>Po Box 20507<br>Kansas City, MO 64195 | Ford Motor Credit<br>Attn: Bankruptcy<br>PO Box 6275<br>Dearborn, MI 48121 | (d)Ford Motor Credit Company LLC<br>Dept  55953<br>P O Box 55000<br>Detroit  Mi, 48255-0953 |
| Internal Revenue Service<br>5045 E Butler Ave.<br>Fresno, CA 93888 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Honda Finance Corp.<br>Kent D. McPhail | (u)PHH Mortgage Corporation | (d)Calvary Portfolio Services<br>Att: Bankruptcy Department<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 |